The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Tanya Rashae Holland*
   v. *Commonwealth of Virginia*
   Record No. 1088-22-3
   Opinion rendered by Judge Lorish on
   October 24, 2023

2. *Anthony Tremaine Stewart*
   v. *Commonwealth of Virginia*
   Record No. 1363-22-3
   Opinion rendered by Judge Callins on
   November 8, 2023

3. *Arun Rashid Turay*
   v. *Commonwealth of Virginia*
   Record No. 0868-21-3
   En banc opinion rendered by Judge Lorish on
   December 19, 2023

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Emily Katherine Delaune*
   *v. Commonwealth of Virginia*
   Record No. 0328-22-1
   Opinion rendered by Judge Lorish
     on January 10, 2023
   Judgment of Court of Appeals affirmed by opinion rendered on
     December 14, 2023 (230127)

2. *Stephen Moncrieffe*
   v. *Adam J. Deno, etc.*
   Record No. 0342-22-2
   Opinion rendered by Judge Raphael
     on January 24, 2023
   Refused (230224)

3. *Bradford T. Celluci*
   v. *Commonwealth of Virginia*
   Record No. 0195-21-4
   En banc opinion rendered by Chief Judge Decker
     on March 14, 2024
   Refused (230266)